AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

O'Sullivan, et al.
*Plaintiff(s)*

v.

Civil Action No. 1:17-cv-08709-LTS(GWG)

Deutsche Bank AG, et al.
*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Deutsche Bank AG
60 Wall Street
New York, NY 10005

*See attached Rider for Additional Defendants*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Seth Katz
Burg, Simpson, Eldredge, Hersh and Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/9/2017

/s/ K.Lopez
*Signature of Clerk or Deputy Clerk*

## RIDER TO SUMMONS

**ADDITIONAL DEFENDANT NAMES AND ADDRESSES:**

Bank Saderat Plc
5 Lothbury
London EC2R 7HD
United Kingdom

Barclays Bank Plc
747 7th Avenue
New York, NY 10019

BNP Paribas S.A.
16 Blvd. des Italiens
Paris 75009

Commerzbank AG
Kaiserplatz
60311 Frankfurt am Main

Commerzbank AG, New York Branch
225 Liberty Street
New York, NY 10281-1050

Credit Agricole Corporate & Investment Bank
9 Quai du PresidentPaul Doumer
92920 Paris La Defense
Cedex, France

Credit Agricole S.A.
12 place des Etats-Unis
92127 Montrouge

Credit Suisse AG
11 Madison Avenue
New York, NY 10010

1

HSBC Bank Middle East Limited
Dubai International Financial Centre
Unit GV08, 1st Floor - Full Floor, Level 0001
Gate Village Bldg. 8
Dubai 50261

HSBC Bank Plc
452 Fifth Avenue
New York, NY 10018

HSBC Bank USA, N.A.
452 Fifth Avenue
New York, NY 10018

HSBC Holding Plc
8 Canada Square
London E14 5HQ
United Kingdom

HSBC North America Holdings, Inc.
452 5th Avenue #7
Lake Forest, Illinois 60045

Royal Bank of Scotland N.V.
101 Park Avenue
New York, NY 10178-0002

Royal Bank of Scotland Plc
36 St. Andrew Square
Edinburgh, EH2 2YB

Standard Chartered Bank
1095 Avenue of the Americas
New York, NY 10036

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                        *Server's signature*

                              _____
                                       *Printed name and title*

                              _____
                                         *Server's address*

Additional information regarding attempted service, etc: