# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

TIMOTHY O'SULLIVAN, et al.,

Plaintiff,

-v-

DEUTSCHE BANK AG, et al.,

Defendant.

Case No. 17-cv-08709

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Credit Suisse AG (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares. No publicly held company owns more than 10% of Credit Suisse Group AG.

Date: 12/18/2017

/s Richard W. Clary
Signature of Attorney

Attorney Bar Code: RC-7136

Form Rule7_1.pdf   SDNY Web 10/2007