AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Timothy O'Sullivan, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-08709-LTS-GWG |
| Deutsche Bank AG, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Credit Suisse AG                                                                                      .

Date:     11/30/2017

s/ John Buretta
*Attorney's signature*

John Buretta
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Address*

jburetta@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*