**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

TIMOTHY O'SULLIVAN, et al.,

Plaintiffs,

v.

DEUTSCHE BANK AG, et al.,

Defendants.

17-cv-08709-LTS-GWG

**NOTICE OF DEFENDANTS' MOTION TO STAY DISCOVERY DURING THE PENDENCY OF THE MOTIONS TO DISMISS**

PLEASE TAKE NOTICE that, upon the Defendants' Joint Memorandum of Law in Support of Motion to Stay Discovery During the Pendency of the Motions to Dismiss, dated February 7, 2018, and supporting declarations, Defendants Deutsche Bank AG; HSBC Bank USA, N.A.; HSBC Holdings plc; HSBC Bank plc; HSBC Bank Middle East Limited; HSBC North America Holdings, Inc.; Commerzbank AG; Commerzbank AG, New York Branch; Barclays Bank PLC; BNP Paribas S.A.; Standard Chartered Bank; The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V.); The Royal Bank of Scotland plc; Crédit Agricole Corporate & Investment Bank; and Credit Suisse AG ("Moving Defendants"), hereby move this Court, before the Honorable Judge Gorenstein at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007-1312 for an order staying discovery pending resolution of motions to dismiss and granting such other and further relief that the Court deems just and proper.

Plaintiffs will file their opposition to the Defendants' Motion to Stay Discovery During the Pendency of the Motions to Dismiss on February 9, 2018, and Moving Defendants will file their reply brief in further support of their Motion to Stay Discovery During the Pendency of the Motions to Dismiss on February 12, 2018.

February 7, 2018

Respectfully submitted,

COVINGTON & BURLING LLP,

by

*/s/ John E. Hall*

John E. Hall
Mark P. Gimbel
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
jhall@cov.com
mgimbel@cov.com

David M. Zionts
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
dzionts@cov.com

*Attorneys for Defendant Deutsche Bank AG*

MAYER BROWN LLP,

by

*/s/ Mark G. Hanchet*

Mark G. Hanchet
Robert W. Hamburg
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com

Andrew J. Pincus
Marc R. Cohen
Alex C. Lakatos
1999 K Street, N.W.
Washington, DC 20006-1101
(202) 263-3000
apincus@mayerbrown.com
mcohen@mayerbrown.com
alakatos@mayerbrown.com

*Attorneys for Defendants HSBC Bank USA, N.A., HSBC Holdings plc, HSBC Bank plc, HSBC Bank Middle East Limited and HSBC North America Holdings, Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP,

by
/s/ Jonathan I. Blackman

Jonathan I. Blackman
Carmine D. Boccuzzi, Jr.
Avram E. Luft
One Liberty Plaza
New York, NY 10006
(212) 225-2000
jblackman@cgsh.com
cboccuzzi@cgsh.com
aluft@cgsh.com

*Attorneys for Defendants Commerzbank AG, Defendants Commerzbank AG and BNP Paribas, S.A.*

SULLIVAN & CROMWELL LLP,

by
/s/ Michael T. Tomaino, Jr.

Michael T. Tomaino, Jr.
Jeffrey T. Scott
Jonathan M. Sedlak
125 Broad Street
New York, NY 10004
(212) 558-4000
tomainom@sullcrom.com
scottj@sullcrom.com
sedlakj@sullcrom.com

*Attorneys for Defendant Barclays Bank PLC*

SULLIVAN & CROMWELL LLP,

by
/s/ Sharon L. Nelles

Sharon L. Nelles
Bradley P. Smith
Alyssa A. Hill
125 Broad Street
New York, NY 10004
(212) 558-4000
nelless@sullcrom.com
smithbr@sullcrom.com
hilla@sullcrom.com

*Attorneys for Defendant Standard Chartered Bank*

CLIFFORD CHANCE US LLP,

by
/s/ Robert G. Houck

Robert G. Houck
Michael G. Lightfoot
31 West 52nd Street
New York, NY 10019-6131
(212) 878-8000
robert.houck@cliffordchance.com
michael.lightfoot@cliffordchance.com

Jeffrey J. Golimowski
2001 K Street NW
Washington, DC 20006-1001
(202) 912-5000
jeff.golimowski@cliffordchance.com

*Attorneys for Defendants The Royal Bank of Scotland N.V. (formerly known as ABN AMRO Bank N.V.) and The Royal Bank of Scotland plc*

SULLIVAN & CROMWELL LLP,

by
/s/ Joseph E. Neuhaus

Joseph E. Neuhaus
Alexander J. Willscher
Colin A. Chazen
125 Broad Street
New York, NY 10004
(212) 558-4000
neuhausj@sullcrom.com
willschera@sullcrom.com
chazenc@sullcrom.com

*Attorneys for Defendant Crédit Agricole Corporate & Investment Bank*

CRAVATH, SWAINE & MOORE LLP,

by
/s/ John D. Buretta

Richard W. Clary
John D. Buretta
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
rclary@cravath.com
jburetta@cravath.com

*Attorneys for Defendant Credit Suisse AG*

TO:

Seth Katz
BURG, SIMPSON, ELDREDGE, HERSH AND JARDINE, P.C.
*Attorney for Plaintiffs*
40 Inverness Drive East
Englewood, Colorado 80112