UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/18
```

TIMOTHY O'SULLIVAN, et al.,

    Plaintiffs,

-against-

DEUTSCHE BANK AG, et al.,

    Defendants.

Civil Action No. 1:17-cv-08709-LTS-GWG

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 9, 2017 with the filing of the Summons and Complaint. A copy of the Summons, Complaint, and the Civil Cover Sheet, together with the Hague Convention Summary of the Document to be Served and Notice thereof was served on Defendant Bank Saderat Plc by personally serving them at their registered office at 5 Lothbury, London, EC2R 7HD, England, and proof of service was therefore filed on May 11, 2018, document number 121. I further certify that the docket entries indicate that the Defendant has not filed an Answer or otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York

    May 17, 2018

                                  RUBY J. KRAJICK
                                  Clerk of Court

                  By: _____
                                Deputy Clerk