UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY O'SULLIVAN, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| -against- | )  Civil Action No. 1:17-cv-08709-LTS-GWG |
| | ) |
| DEUTSCHE BANK AG, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## PLAINTIFFS' NOTICE OF COMPLIANCE

COME NOW, Plaintiffs Timothy O'Sullivan, et al., and file their Notice of Compliance and in support thereof respectfully show unto the Court as follows:

In compliance with this Court's October 12, 2018 Order, Plaintiffs have made diligent efforts to contact and provide notice of the Court's Order to the following non-party government agencies: the New York Department of Financial Services; and the New York District Attorney's Office (hereinafter collectively "Agencies").

As per the Court's October 12, 2018 Order, attached to this Notice of Compliance are affidavits describing Plaintiffs' efforts to contact and provide notice to the Agencies about the Order, the pending Motion for Preservation, and the current deadline for the Agencies to respond. The first exhibit, *Affidavit of Christopher G. Paulos In Support of Plaintiffs' Motion for Preservation Order*, demonstrates Plaintiffs' efforts related to the New York Department of Financial Services. Ex. 1. The second exhibit, *Affidavit of Christopher C. Dyer in Support of*

*Plaintiffs' Motion for Preservation Order*, demonstrates Plaintiffs' efforts related to the New York District Attorney's Office. Ex. 2.

Dated: October 19, 2018

          Respectfully submitted,

          THE NATIONS LAW FIRM

          By: <u>Howard L. Nations</u>
          Howard L. Nations
          SDNY HN4663
          3131 Briarpark Dr., Suite 208
          Houston, TX  77042
          (713) 807-8400
          (713) 807-8423 (Fax)

          Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by electronic filing with the Clerk via the CM/ECF system, which electronically notifies all registered participants.

Dated:  October 19, 2018          Respectfully submitted,

          <u>/s/ Howard L. Nations</u>