**BURG SIMPSON**
BURG | SIMPSON | ELDREDGE | HERSH | JARDINE PC
ATTORNEYS & COUNSELORS AT LAW

COLORADO 40 Inverness Drive East  Englewood, CO 80112
P: 303.792.5595  F: 303.708.0527
www.burgsimpson.com

WYOMING
1135 14th Street
Cody, WY 82414
P: 307.527.7891
F: 307.527.7897

OHIO
312 Walnut Street
Suite 2090
Cincinnati, OH 45202
P: 513.852.5600
F: 513.852.5611

ARIZONA
2390 E. Camelback Road
Suite 403
Phoenix, AZ 85016
P: 602.777.7000
F: 602.777.7008

STEAMBOAT SPRINGS
465 Anglers Drive, Suite 1A
P.O. Box 880340
Steamboat Springs, CO 80487-8854
P: 970.879.4114
F: 970.879.6964

NEW MEXICO
4801 Lang NE
Suite 110
Albuquerque, NM 87019
P: 505.242.1850
F: 505.209.6060

FLORIDA
1343 Main Street
Suite 303
Sarasota, FL 34236
P: 941.777.6776

November 7, 2018

<u>VIA CM/ECF</u>

The Honorable Gabriel W. Gorenstein
Chief United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *O'Sullivan v. Deutsche Bank AG, et al.*; Case No. 1:17-cv-08709-LTS-GWG

Dear Judge Gorenstein:

On behalf of all Plaintiffs, and in accordance with Your Honor's Individual Rule 2.B, we respectfully write to inform Your Honor that Plaintiffs' Motion for Preservation Order (Dkt. 129) in the above-referenced action is fully submitted. Through our various recent filings (Dkt. 163, 164, 167, 173 and 174), we have advised the Court that each of the respective entities has taken (or through the ordinary course of business is taking) steps to preserve the materials we sought to have preserved through our motion. Accordingly, our motion has been withdrawn with respect to each entity and there is no need for the Court to rule or take any further action.

Thank you for the Court's attention to this matter.

    Respectfully submitted,

    **BURG SIMPSON ELDREDGE**
    **HERSH & JARDINE, P.C.**

    */s/Seth A. Katz*
    Seth A. Katz

cc:    All Counsel of record (via CM/ECF)

Michael S. Burg
Peter W. Burg
Hon. Alan K. Simpson*
Scott J. Eldredge
David P. Hersh
Kerry N. Jardine
Janet G. Abaray†
Scott A. Ambrose**
Kojo Anaman*

Melanie S. Bailey^v
D. Dean Batchelder
Nelson P. Boyle
Jacob M. Burg
Stephen J. Burg
John M. Connell
David J. Crough
Kenneth M. Daly†
Brian C. Dault**

Jessica L. Derakhshanian
Dan Ernst, PhD^Δ
Marshall Fogel
Nick D. Fogel
Shane C. Fulton
Steven G. Greenlee
David C. Harman†
James G. Heckbert
Thomas W. Henderson

Michael J. Heydt
Jennifer S. Jensen*
Marc C. Johnson
Larry Jones*
Holly Baer Kammerer
Seth A. Katz
Ronda M. Kelso**
Lindsey T. Krause*
Kirsten N. Kube

Mallory J. Mangold°
Penny J. Manship
Lisa R. Marks
Stephan J. Marsh
Brian K. Matise
Charles R. Mendez
Michael C. Menghini
Craig S. Nuss
Lewis A. Osterman

Ryan L. Pardue
Mari K. Perczak
Jessica L. Powell‡
Jessica Prochaska
Meghan C. Quinlivan
Jennifer A. Seidman
Colin M. Simpson*
Joseph F. Smith, III
David K. TeSelle
Leslie A. Tuft

OF COUNSEL
Dale J. Coplan, P.C.
Jerry R. Dunn
Angela E. McGraw
Ronald M. Sandgrund
Diane Vaksdal Smith
Curt T. Sullan
Scott F. Sullan
*Milward L. Simpson*
1897-1993
*Joseph J. Branney*
1938-2001
*Irwin L. Sandler*
1945-2006

GOOD LAWYERS. CHANGING LIVES.®

STATE LICENSES: Arizona, California, Colorado, Florida, Illinois, Montana, Nebraska, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Texas, Virginia, Wisconsin, Wyoming
°LICENSED in Alabama and Mississippi  **LICENSED only in Arizona  ^LICENSED in Arizona, New York, and New Jersey  ^ΔLICENSED only in California  ‡LICENSED only in Kentucky
†LICENSED only in Ohio  ^vLICENSED in Ohio and Kentucky  *LICENSED only in Wyoming