UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY O'SULLIVAN, ET AL.,

                Plaintiffs,

- against -

DEUTSCHE BANK AG, ET AL.,

                Defendants.

17-CV-8709 (LTS/GWG)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

---

IT IS STIPULATED AND AGREED that, pursuant to Local Civil Rule 1.4, the law firm Cravath, Swaine & Moore LLP ("Cravath") withdraws as counsel for defendant Credit Suisse AG, and the law firm Mayer Brown LLP shall appear as counsel for Credit Suisse AG. Cravath is not asserting a charging lien in this matter.

Dated: New York, NY
         January 16, 2019

Respectfully Submitted,

MAYER BROWN LLP

By: _/s/ Mark G. Hanchet (RH)_
    Mark G. Hanchet

1221 Avenue Of The Americas
New York, NY 10020
Telephone: (212) 506-2695
Facsimile: (212) 849-5695
Email: mhanchet@mayerbrown.com

*Successor Attorney for Defendant Credit Suisse AG*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/19

CRAVATH, SWAINE & MOORE LLP

By: /s/ Richard W. Clary

Richard W. Clary
John D. Buretta

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rclary@cravath.com
jburetta@cravath.com

*Withdrawing Attorneys for Defendant
Credit Suisse AG*

SO ORDERED:

/s/

January 16, 2019

2