UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY O'SULLIVAN, et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>DEUTSCHE BANK AG, et al.,<br>    *Defendants* | )<br>)<br>)<br>)    Civil Action No. 1:17-cv-08709<br>)<br>)<br>)<br>) |

## NOTICE OF FIRM NAME CHANGE

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

Plaintiffs take note that Nix Patterson & Roach, LLP has changed its name as set forth below:

NIX PATTERSON, LLP
3600 N. Capital of Texas Highway, Suite B350
Austin, Texas 78746
Telephone: 512.328.5333
Facsimile: 512.328.5335

Plaintiffs and their undersigned counsel hereby request that the Court, the Clerk of the Court, and all parties deliver all documents filed and/or transmitted in this case to the new firm name.

Dated: March 28, 2019

Respectfully submitted,

/s/ *Chad E. Ihrig*
Chad E .Ihrig
cihrig@nixlaw.com
Michael B. Angelovich
mangelovich@nixlaw.com
**NIX PATTERSON, LLP**
3600 N. Capital of Texas Hwy.
Building B, Ste. 350
Austin, Texas 78746
Telephone:  512.328.5333
Direct Dial: 512.599.5701

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, Chad E. Ihrig, attorney for all Plaintiffs, hereby certify that on March 28, 2019, a true and correct copy of the above and foregoing document was served in accordance with the Local Rules on all counsel of record through the Court's CM/ECF filing system.

*/s/ Chad E. Ihrig*
Chad E. Ihrig
