**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

D: +1 212 225 2490
jblackman@cgsh.com

VICTOR I. LEWKOW
THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
YARON Z. REICH
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCESCA L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
   RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
ANDREA M. BASHAM
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
   RESIDENT COUNSEL

LOUISE M. PARENT
   OF COUNSEL

April 26, 2019

**VIA ECF**

The Honorable Laura T. Swain
United States District Court, Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    *O'Sullivan v. Deutsche Bank AG*, 17-CV-08709-LTS-GWG

Dear Judge Swain:

    We represent BNP Paribas S.A., Commerzbank AG, and Commerzbank AG, New York Branch in the above-captioned case, in which plaintiffs filed a motion to amend the complaint on April 22, 2019, ECF No. 197 (the "Motion to Amend").

    We respectfully submit this joint letter on behalf of the Responding Defendants[1] and the plaintiffs (the "stipulating parties") to propose an extension of time and page limits on the briefing of the Motion to Amend.  Pursuant to Local Civil Rule 6.1(b), the original date for the Responding Defendants to file an opposition to the Motion to Amend is May 6, 2019, and the original date for plaintiffs to file a reply is May 13, 2019.

---

[1] The "Responding Defendants" are Deutsche Bank AG; HSBC Holdings plc; HSBC Bank USA, N.A.; HSBC Bank plc; HSBC Bank Middle East Limited; HSBC North America Holdings Inc.; Commerzbank AG; Commerzbank AG, New York Branch; Barclays Bank PLC; BNP Paribas S.A.; Standard Chartered Bank; The Royal Bank of Scotland N.V. (f/k/a ABN AMRO Bank N.V.); The Royal Bank of Scotland plc; Crédit Agricole Corporate & Investment Bank; and Credit Suisse AG.

Case 1:17-cv-08709-LTS-GWG   Document 204   Filed 04/26/19   Page 2 of 2

The Honorable Laura T. Swain, p. 2

Noting the length of the Proposed Amended Complaint and the number of defendants, the stipulating parties respectfully propose that the Responding Defendants file their opposition to the Motion to Amend by May 20, 2019 and plaintiffs file their reply by June 10, 2019. To avoid duplicative briefing, the stipulating parties also respectfully propose that the Responding Defendants submit a single joint memorandum of law, not to exceed 30 pages, and that plaintiffs submit a reply brief not to exceed 18 pages.

There have been no previous requests for adjournment or extension with respect to the Motion to Amend.

Respectfully submitted,

/s/ Jonathan I. Blackman

cc: All Counsel of Record (via ECF)