USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIMOTHY O'SULLIVAN, et al.,

                Plaintiffs,

-v.-

DEUTSCHE BANK AG, et al.,

                Defendants.
-----------------------------------------------------------X

ORDER
17 Civ. 8709 (LTS) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Plaintiffs are directed to file a letter on or before March 26, 2020, describing the status of this case.

SO ORDERED

Dated: New York, New York
       March 5, 2020

GABRIEL W. GORENSTEIN
United States Magistrate Judge