

**Chad E. Ihrig**
*Attorney at Law*
*Licensed in Oklahoma & Texas*
E-mail:  cihrig@nixlaw.com

March 26, 2020

**VIA CM/ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York. 10007-1312

Re: *O'Sullivan, et al. v. Deutsche Bank AG, et al.*, Case No. 1:17-cv-08709-LTS-GWG

Dear Judge Gorenstein:

Pursuant to Your Honor's Order of March 5, 2020 (Doc. 228), Plaintiffs write to describe the status of the case. On February 25, 2020, Judge Swain entered an order denying Plaintiffs' motion for leave to file their proposed first Amended Complaint and dismissed with prejudice Plaintiffs' original Complaint against all defendants except Bank Saderat PLC. Judgment has not yet been entered as to the dismissed defendants. Plaintiffs are contemplating filing a motion pursuant to Fed. R. Civ. P. 54(b) for final judgment as to the dismissed defendants in order to allow Plaintiffs to appeal the dismissal without delay. Plaintiffs have conferred with counsel for the dismissed defendants to see if they will oppose such a motion. Defendants have stated they will agree not to oppose Plaintiffs' request under Rule 54(b) provided that Plaintiffs agree not to seek discovery from them in any further proceedings against Bank Saderat.

Bank Saderat remains a defendant in the case. The Clerk of the Court entered default against Bank Saderat pursuant to Fed. R. Civ. P. 55(a) on May 17, 2018 as a result of its failure to answer or otherwise respond to the Complaint. (Doc. 126.) Bank Saderat has never appeared in this case. Plaintiffs intend to apply for default judgment against Bank Saderat pursuant to Fed. R. Civ. P. 55(b)(2). To that end, Plaintiffs request at the Court's convenience a telephonic status conference to discuss the most efficient way to address the default judgment proceeding against Bank Saderat.

Respectfully Submitted,

Chad E. Ihrig

cc: Hon. Laura Taylor Swain via ECF; All Counsel via ECF

**Attorneys At Law** 3600 N. Capital of Texas Highway, Building B, Suite 350, Austin, Texas 78746 Telephone: 512.328.5333 Facsimile: 512.328.5335