UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY O'SULLIVAN, et al.,                :

                                                     :      <u>ORDER</u>
                Plaintiffs,                    17 Civ. 8709 (LTS) (GWG)
                                                     :

    -v.-
                                                     :
DEUTSCHE BANK AG, et al.,
                                                     :

                Defendants.       :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The parties are directed to consult and to file a joint letter on the status of this case on or before July 28, 2021.

SO ORDERED

Dated: New York, New York
        July 14, 2021

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge